867 A.2d 313

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Bonar Mayo ROBERTSON, Respondent.**

**Misc. Docket AG No. 7, Sept. Term, 2004.**

Court of Appeals of Maryland.

Feb. 7, 2005.

## *ORDER*

Upon review and consideration of the Joint Petition for Suspension for 90 Days filed herein, it is this 7th day of February, 2005,

ORDERED, by the Court of Appeals of Maryland, that Bonar Mayo Robertson be, and she is hereby, suspended by consent for a period of ninety (90) days from the practice of law in the State of Maryland, beginning May 1, 2005; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Bonar Mayo Robertson from the register of attorneys, and pursuant to Maryland Rule 16–713, shall certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.